SM

10/19/2021

Please I am very worried they will murder me

They stole my mail and my checks

My insurance documents.

My daughter stole documents

I had heart attack

President
Stale Support
DAIVA SANDANAVICIUTĖ

FILED
OCT 20 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

2021 OCT 19 PM 5:41
CLERK
U.S. DISTRICT COURT

Page 1 of 3 October 14, 2021
Day of my LORD

Ethel Todd
Badge 4036

Ethel Todd
4940 N. Winthrop Apt. 206
Chicago, IL 60620

To: Executive Branch,
Dirkensen Building,
219 Jackson 22th
Chicago, IL 60604

Under care of Federal Judge Pallmeyer Northeast Courts
Please execute:

Dear Executive Branch, where we left off during the period of election time with President Trump, 2 reports followed after my being dismissed from building, given to your agents in building, you never given me response or decision on outcome if so, never received because I was forced homeless Post Office would not accept any mailing address because of homeless status.

I was victim and witness, same time, to election fraud with President Trump being winner, AT my Resident then Northwestern Hospital. 5 Doctors monitored, young girls caring for me room*ett, New England in Emergency 18 and under. (Last Election), President Trump won Tally of votes, before being Tampered with.

1 of 3

Page 2 of 3
October 14, 2021

Ethel Todd
Badge 4036

Attacks on me escalating, abuse escalating, forcing drugs on me escalating, unwarranted there is no ailness in me, other then exposure of there gruesome corruption behaviour. All reports filed in your system given me Federal Docket numbers thru all proper channels. Doctor Layden nor Doctor I gave me all these pills in my stay in my stay over 5 days, each at the hospital. Thress hold Manager Sam, counselors Hemi Cliff, Adam whote out medications I have not seen there Doctor yet. Northwestern Meridith Ev ber hart and Jordan Motek were dropped by me as witnessed by my advocate, credentials only, ThressHold Cliff, All reports filled comming to you. Filed for investigation in August and September. (Dropped Northwestern August Reports for investigations UNations of America 2, October
2-3

Page 303    Ethel ~~Dodd~~ Bad~~g~~ ~~Webbt~~

Illinois Department of 21036 Public Health 523-535 West Jefferson Street Springfield IL

Joint Commission, One Renaissance Boulevard Oakbrook Terrace, IL 60181

sprectrum all sent for investigation contacted by phone assigned numbers in Late August early September.

Jenifer AT Wess Hospital and the Doctor in Charge received all the information from me <u>TRUST</u>

Northwestern <u>TRUST</u> 2 years

Meridith and Jordan High blood pressure only.

Cliff and Hemi oversight

4 hrs. 15 minutes staff played Respect - Franklin

Amen
Amen
Amen

A man needs a women

James Brown